■ In the Matter of Marion T. Wells, Appellant, v David E. Smith, Sr., Respondent. [785 NYS2d 349]—In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Dutchess County (Forman, J.), dated June 9, 2003, which, after a hearing, denied her petition to change custody of the parties' child from the father to her.

Ordered that the order is affirmed, without costs or disbursements.

In determining whether a custody agreement should be modified, the paramount issue before the court is whether the totality of the circumstances warrants modification in the best interests of the child (*see Friederwitzer v Friederwitzer,* 55 NY2d 89, 96 [1982]; *Matter of Pignetti v Maust,* 270 AD2d 274 [2000]). Here, it is clear that the Family Court considered the totality of the circumstances in determining that the best interests of the parties' child would be served by continuing the status quo (*see Eschbach v Eschbach,* 56 NY2d 167 [1982]; *Matter of Donnelly v Donnelly,* 273 AD2d 233 [2000]). Accordingly, the Family Court's determination will not be disturbed. Ritter, J.P., S. Miller, Goldstein and Fisher, JJ., concur.